IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 18-0012-01-CR-W-DGK |
| PHILIPPE M. LORA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On August 23, 2018, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Dr. John Tsanadias, Ph. D., ABPP, and he wrote a report opining that Defendant is not competent to proceed (Doc. 52).

On November 20, 2018, Magistrate Judge John T. Maughmer held a competency hearing. On November 28, 2018, he entered a "Report and Recommendation" finding Defendant is currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense (Doc. 51). Neither party objects to his "Report and Recommendation."

Therefore, after making an independent review of the record, it is

ORDERED that Magistrate Judge Maughmer's Report and Recommendation is adopted in its entirety. This court finds Defendant is not competent to stand trial at the present time. It is further

ORDERED that, pursuant to 18 U.S.C. 4241(d), Defendant Philippe M. Lora is committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for a reasonable time up to 120 days to determine whether there is a substantial probability that in the

foreseeable future, the defendant will attain the capacity to permit the trial to proceed.

**IT IS SO ORDERED.**

Date:   December 14, 2018				/s/ Greg Kays
						GREG KAYS, CHIEF JUDGE
						UNITED STATES DISTRICT COURT