IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:18-012-01-CR-DGK |
| v. ) | |
| ) | |
| PHILIPPE LORA, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY**

On August 23, 2018, the Court ordered Defendant to undergo a competency evaluation. Defendant was subsequently determined to be incompetent to understand the nature and consequences of the proceeding against him and to assist properly in his defense, and he was hospitalized for treatment.

Since being treated, forensic psychologist Adeirdre Riley, Ph.D. examined Defendant at the Federal Medical Center in Butner, North Carolina. Dr. Riley filed a report (Doc. 60) on November 19, 2019, opining Defendant is now competent to proceed.

On March 4, 2020, Magistrate Judge John T. Maughmer held a competency hearing and issued a report and recommendation finding Defendant is competent to proceed. Neither party objected to the report and recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge John T. Maughmer is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between August 23, 2018, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:   July 16, 2020                              /s/ Greg Kays
                                                   GREG KAYS, JUDGE
                                                   UNITED STATES DISTRICT COURT